NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WI-FI ONE, LLC,**
*Appellant*

**v.**

**BROADCOM CORPORATION,**
*Appellee*

**ANDREI IANCU, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2015-1944, 2015-1945, 2015-1946

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00601, IPR2013-00602, IPR2013-00636.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, BRYSON*,
DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO,
CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

# O R D E R

Appellant Wi-Fi One, LLC filed a combined petition for panel rehearing and rehearing en banc in each of the above three appeals. Responses to the petitions were invited by the court and filed by intervenor Andrei Iancu and appellee Broadcom Corporation. The petitions were referred to the panel that heard the appeal, and thereafter the petitions for rehearing en banc were referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petitions for panel rehearing are denied.

The petitions for rehearing en banc are denied.

The mandate of the court will issue on August 14, 2018.

FOR THE COURT

August 7, 2018                    /s/Peter R. Marksteiner
     Date                           Peter R. Marksteiner
                                    Clerk of Court

---

\* Circuit Judge Bryson participated only in the decision on the petitions for panel rehearing.