# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

November 7, 2018

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Federal
Circuit
717 Madison Place, NW
Room 401
Washington, DC  20439

> Re:  Wi-Fi One, LLC
>      v. Broadcom Corporation, et al.
>      No. 18-599
>      (Your No. 2015-1944; 2015-1945; 2015-1946)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 5, 2018 and placed on the docket November 7, 2018 as No. 18-599.

Sincerely,

**Scott S. Harris**, Clerk

by

Jacob A. Levitan
Case Analyst